


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 0 6 2021

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:21CR00036 KGB |
| | ) | |
| v. | ) | |
| | ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (B), (C) |
| | ) | 21 U.S.C. § 846 |
| | ) | 18 U.S.C. §§ 922, (g)(1), 924(c)(1)(A)(i) |
| | ) | 18 U.S.C. § 1071 |
| BRIAN JEFFREY LITTON | ) | 18 U.S.C. § 3147 |
| ROBIN NELSON FLANAGAN | ) | |
| GUSTAVO FLORES, JR. | ) | |
| JOHNNY DOUGLAS PETERS | ) | |
| BRANDI MICHELLE MYERS | ) | |
| LISA MICHELLE PAUL | ) | |
| ZACHARY KYLE SCOTT | ) | |
| WAYNE ALLEN DILLON | ) | |
| KAREN HOSKINS | ) | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT 1

From in or about February 2020, and continuing to on or about February 2, 2021, in the

Eastern District of Arkansas and elsewhere, the defendants,

BRIAN JEFFREY LITTON
ROBIN NELSON FLANAGAN
GUSTAVO FLORES, JR.
JOHNNY DOUGLAS PETERS
BRANDI MICHELLE MYERS
LISA MICHELLE PAUL
ZACHARY KYLE SCOTT and
WAYNE ALLEN DILLON,

voluntarily and intentionally conspired with each other and other persons known and unknown to

the grand jury, to knowingly and intentionally possess with intent to distribute and to distribute

1

methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1).

1. With respect to defendants BRIAN JEFFREY LITTON, ROBIN NELSON FLANAGAN, GUSTAVO FLORES, and JOHNNY DOUGLAS PETERS, the amount of methamphetamine involved in the conspiracy attributable him or her as a result of his or her own conduct, and the conduct of other co-conspirators reasonably foreseeable to him or her, is at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, and at least 50 grams of methamphetamine actual, in violation of Title 21, United States Code, Section 841(b)(1)(A).

2. With respect to defendants BRANDI MICHELLE MYERS, LISA MICHELLE PAUL, ZACHARY KYLE SCOTT, and WAYNE ALLEN DILLON, the amount of methamphetamine involved in the conspiracy attributable him or her as a result of his or her own conduct, and the conduct of other co-conspirators reasonably foreseeable to him or her, is at least 50 grams but less than 500 grams of a mixture and substance containing a detectable amount of methamphetamine, and at least 5 grams  but less than 50 grams of methamphetamine actual, in violation of Title 21, United States Code, Section 841(b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

1. Before the defendant committed the offense charged in this count, the defendant, BRIAN JEFFREY LITTON, had the following final conviction for a serious drug felony for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense, namely: Conspiracy to Manufacture

2

more than 500 grams of Methamphetamine, in the Federal District Court for the Eastern District of Arkansas, case number 4:06CR00297 – 1 BSM.

2. Before the defendant committed the offense charged in this count, the defendant, ROBIN NELSON FLANAGAN, had the following final conviction for a serious drug felony for which she served more than 12 months of imprisonment and for which she was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense, namely: Conspiracy to Distribute Methamphetamine, in the Federal District Court for the Eastern District of Arkansas, case number 4:12CR00213 – 5 KGB.

3. Before the defendant committed the offense charged in this count, the defendant, GUSTAVO FLORES, JR., had the following two final convictions for a serious violent felony for which he served more than 12 months of imprisonment:

    a. Aggravated Robbery, in the Pulaski County, Arkansas Circuit Court, case number 19994195A;

    b. Battery 2nd Degree, in the Garland County, Arkansas Circuit Court, case number 1999 228.

## COUNT 2

On or about February 17, 2020, in the Eastern District of Arkansas, the defendant,

### BRIAN JEFFREY LITTON,

knowingly and intentionally possessed with intent to distribute and distributed a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

3

On or about February 19, 2020, in the Eastern District of Arkansas, the defendant,

BRIAN JEFFREY LITTON,

knowingly and intentionally possessed with intent to distribute and distributed a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 4

On or about February 26, 2020, in the Eastern District of Arkansas, the defendant,

BRIAN JEFFREY LITTON,

knowingly and intentionally possessed with intent to distribute and distributed a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 5

On or about March 27, 2020, in the Eastern District of Arkansas, the defendant,

BRIAN JEFFREY LITTON,

knowingly and intentionally possessed with intent to distribute and distributed at least 50 grams, but less than 500 grams, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

Before the defendant committed the offense charged in this count, the defendant, BRIAN JEFFREY LITTON, had the following final conviction for a serious drug felony for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant

4

offense, namely: Conspiracy to Manufacture more than 500 grams of Methamphetamine, in the Federal District Court for the Eastern District of Arkansas, case number 4:06CR00297 – 1 BSM.

### COUNT 6

On or about August 3, 2020, in the Eastern District of Arkansas, the defendant,

### BRIAN JEFFREY LITTON,

knowingly and intentionally possessed with intent to distribute and distributed at least 50 grams, but less than 500 grams, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

Before the defendant committed the offense charged in this count, the defendant, BRIAN JEFFREY LITTON, had the following final conviction for a serious drug felony for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense, namely: Conspiracy to Manufacture more than 500 grams of Methamphetamine, in the Federal District Court for the Eastern District of Arkansas, case number 4:06CR00297 – 1 BSM.

### COUNT 7

On or about August 19, 2020, in the Eastern District of Arkansas, the defendant,

### JOHNNY DOUGLAS PETERS,

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 8

A.      On or about August 19, 2020, the defendant,

JOHNNY DOUGLAS PETERS,

had previously and knowingly been convicted of one or more of the following crimes punishable

by a term of imprisonment exceeding one year:

1.  Burglary, Pulaski County, Arkansas Circuit Court, 1981 case number
    unknown;

2.  Theft by Receiving, Pulaski County, Arkansas Circuit Court, 1982 case
    number unknown;

3.  Violation of the Uniform Controlled Substances Act, Pulaski County,
    Arkansas Circuit Court, case number 60CR-87-1469; and

4.  Drug Paraphernalia, Pulaski County, Arkansas Circuit Court, case number
    60CR-18-2312.

B.  On or about August 19, 2020, in the Eastern District of Arkansas, the

defendant,

JOHNNY DOUGLAS PETERS,

knowingly possessed, in and affecting commerce, one or more of the following firearms: a Taurus

model PT 809C 9mm handgun, serial number TKM58864, and a Heritage Rough Rider .22 caliber

pistol, serial number G18164, in violation of Title 18, United States Code, Section 922(g)(1).

## **COUNT 9**

On or about August 19, 2020, in the Eastern District of Arkansas, the defendant,

JOHNNY DOUGLAS PETERS,

knowingly and intentionally possessed one or more of the following firearms: a Taurus model PT

809C 9mm handgun, serial number TKM58864, and a Heritage Rough Rider .22 caliber pistol,

serial number G18164, in furtherance of a drug trafficking crime prosecutable in a court of the

United States, that is, a violation of Title 21, United States Code, Section 841(a)(1) as set forth in Count 7 of this Superseding Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

### COUNT 10

On or about November 12, 2020, in the Eastern District of Arkansas, the defendant,

### JOHNNY DOUGLAS PETERS,

knowingly and intentionally possessed with intent to distribute at least 50 grams, but less than 500 grams, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT 11

On or about December 7, 2020, in the Eastern District of Arkansas, the defendant,

### ZACHARY KYLE SCOTT,

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 12

On or about January 7, 2021, in the Eastern District of Arkansas, the defendant,

### ROBIN NELSON FLANAGAN,

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 13

A.      On or about August 17, 2021, the defendant,

BRIAN JEFFREY LITTON,

had previously and knowingly been convicted of a crime punishable by a term of imprisonment exceeding one year, that is: Conspiracy to Manufacture more than 500 grams of Methamphetamine, in the Federal District Court for the Eastern District of Arkansas, case number 4:06CR00297 – 1 BSM.

B.      On or about August 17, 2021, in the Eastern District of Arkansas, the defendant,

BRIAN JEFFREY LITTON,

knowingly possessed, in and affecting commerce, a firearm, that is: a Taurus 9mm handgun, serial number ACC723889, in violation of Title 18, United States Code, Section 922(g)(1), and did so while on pretrial release pursuant to an order dated March 1, 2021, from the United States District Court for the Eastern District of Arkansas, in case number 4:21CR00036 KGB, which order notified the defendant of the potential effect of committing an offense while on pretrial release, in violation of Title 18, United States Code, Section 3147(1).

## COUNT 14

On or about August 17, 2021, in the Eastern District of Arkansas, the defendant,

KAREN HOSKINS,

did knowingly and intentionally harbor and conceal Brian Jeffrey Litton, a person for whose arrest warrant and process had been issued under the provisions of a law of the United States, so as to prevent the discovery and arrest of Brian Jeffrey Litton, after notice and knowledge of the fact that a warrant and process had been issued for the apprehension of Brian Jeffrey Litton, and which

8

warrant had been issued on a felony charge, to wit, an order dated May 7, 2021, from the United States District Court for the Eastern District of Arkansas, in case number 4:21CR00036 KGB, in violation of Title 18, United States Code, Section 1071.

## FORFEITURE ALLEGATION 1

Upon conviction of one or more crimes charged in Counts 1 through 7 and 10 through 12 of this Superseding Indictment, the defendants, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of one or more crimes charged in Counts 1 through 7 and 10 through 12 of this Superseding Indictment, the defendants, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION 3

Upon conviction of one or more crimes charged in Counts 1 through 14 of this Superseding Indictment, the defendants, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

**[END OF TEXT.  SIGNATURE PAGE ATTACHED.]**