UNITED STATES DISTRICT COURT
EASTERN DISTRICT ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 4:21CR00036 KGB |
| ) | |
| KAREN HOSKINS and ) | |
| LISA PAUL ) | |

## UNITED STATES JOINT STATUS REPORT

The United States of America, through Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, and Anne E. Gardner, Assistant U.S. Attorney for said district, for the case status report states:

The trial is set for September 6, 2023. Counsel for defendants Hoskins and Paul are reviewing plea offers with their clients. The plea offers expire on August 11, 2023, and a guilty plea must be entered with the court at an available time on August 14, 2023 or August 15, 2023. Otherwise, the United States will be ready to proceed to trial on the remaining defendants on September 6, 2023.

WHEREFORE, the United States files this Joint Status Report after conferring with attorneys for the remaining defendants.

Respectfully submitted,

JONATHAN D. ROSS
United States Attorney

ANNE E. GARDNER
Bar No. 2023055

Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
(501) 340-2600
Anne.Gardner2@usdoj.gov