IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**             **PLAINTIFF**

v.        **Case No. 4:21-cr-00036-10 KGB**

**KAREN HOSKINS**             **DEFENDANT**

## ORDER OF FORFEITURE

It is hereby ordered that:

1. On August 14, 2023, defendant Karen Hoskins pleaded guilty to money laundering. As a result of her guilty plea, Ms. Hoskins shall forfeit to the United States a personal money judgment in the amount of $200,000 under 18 U.S.C. § 982(a)(1). The United States has established that this amount represents the amount of drug proceeds laundered in the offense.

2. Upon the entry of this Order, the United States Attorney General (or a designee) is authorized to conduct any discovery proper in identifying, locating, or disposing of this money judgment. Fed. R. Crim. P 32.2(b)(3).

3. No ancillary proceeding is required because this order of forfeiture only consists of a money judgment. Fed. R. Crim. P. 32.2(c)(1).

4. Because Ms. Hoskins consented to forfeiture as part of her guilty plea, the Order is final and shall be made part of the sentence and included in the judgment. Fed. R. Crim. P. 32.2(b)(4)(A)-(B).

5. The Court shall retain jurisdiction to enforce this Order and to amend it as necessary. *See* Fed. R. Crim. P. 32.2(e).

It is so ordered this 24th day of August, 2023.

Kristine G. Baker
UNITED STATES DISTRICT JUDGE