SCHEDULE OF CASH DEPOSITS TO BANK ACCOUNTS
Brian LITTON and Karen HOSKINS
Totals Per Account
For the Years 2020 and 2021

*(Schedule only includes deposits of $800 or higher)*

| Date | Amount | Account Number | Date | Amount | Account Number |
|---|---|---|---|---|---|
| 04/21/20 | 1,000.00 | 8031113798 | 01/30/21 | 2,000.00 | 93108834 |
| 04/08/20 | 1,100.00 | 8031113798 | 01/07/21 | 2,568.00 | 93108834 |
| 09/08/20 | 1,560.00 | 8031113798 | 01/11/21 | 3,000.00 | 93108834 |
| 08/31/20 | 2,000.00 | 8031113798 | 02/04/21 | 8,575.00 | 93108834 |
| 04/24/20 | 2,200.00 | 8031113798 | TOTAL | $16,143.00 | |
| 11/18/20 | 3,000.00 | 8031113798 | | | |
| 09/29/20 | 5,500.00 | 8031113798 | 02/04/21 | 8,736.00 | 412907501 |
| TOTAL | $16,360.00 | | 02/12/21 | 8,827.00 | 412907501 |
| | | | 01/19/21 | 9,000.00 | 412907501 |
| 02/26/20 | 1,000.00 | 93108834 | TOTAL | $26,563.00 | |
| 03/09/20 | 1,000.00 | 93108834 | | | |
| 01/02/20 | 1,109.00 | 93108834 | 04/05/21 | 2,500.00 | 8005428726 |
| 05/27/20 | 1,300.00 | 93108834 | 04/22/21 | 5,000.00 | 8005428726 |
| 11/06/20 | 1,300.00 | 93108834 | TOTAL | $7,500.00 | |
| 03/23/20 | 1,483.00 | 93108834 | | | |
| 12/17/20 | 1,887.00 | 93108834 | 07/27/21 | 800.00 | 8031113798 |
| 09/30/20 | 1,999.00 | 93108834 | 03/07/21 | 1,000.00 | 8031113798 |
| 12/21/20 | 2,100.00 | 93108834 | 05/03/21 | 1,000.00 | 8031113798 |
| 11/27/20 | 2,570.00 | 93108834 | 08/05/21 | 1,000.00 | 8031113798 |
| 12/29/20 | 2,795.00 | 93108834 | 08/12/21 | 1,000.00 | 8031113798 |
| 04/09/20 | 5,088.00 | 93108834 | 03/29/21 | 1,200.00 | 8031113798 |
| 04/08/20 | 5,400.00 | 93108834 | 06/01/21 | 1,600.00 | 8031113798 |
| TOTAL | $29,031.00 | | 01/19/21 | 2,000.00 | 8031113798 |
| | | | 03/17/21 | 2,000.00 | 8031113798 |
| 08/18/20 | 5,000.00 | 286757490 | 05/11/21 | 2,000.00 | 8031113798 |
| TOTAL | $5,000.00 | | 05/24/21 | 2,000.00 | 8031113798 |
| | | | 06/28/21 | 2,000.00 | 8031113798 |
| 12/01/20 | 3,000.00 | 7977413008 | 06/10/21 | 2,200.00 | 8031113798 |
| TOTAL | $3,000.00 | | 07/22/21 | 2,548.91 | 8031113798 |
| | | | 01/04/21 | 2,900.00 | 8031113798 |
| 08/21/20 | 1,000.00 | 7977413-7 | 02/23/21 | 3,000.00 | 8031113798 |
| 11/13/20 | 1,113.00 | 7977413-7 | 06/17/21 | 3,000.00 | 8031113798 |
| 09/08/20 | 1,900.00 | 7977413-7 | 03/16/21 | 5,000.00 | 8031113798 |
| 08/25/20 | 1,918.00 | 7977413-7 | TOTAL | $36,248.91 | |
| 10/08/20 | 2,000.00 | 7977413-7 | | | |
| 11/06/20 | 2,291.00 | 7977413-7 | 04/14/21 | 5,000.00 | 9310883008 |
| 01/02/20 | 3,000.00 | 7977413-7 | 01/19/21 | 6,000.00 | 9310883008 |
| 11/08/20 | 3,000.00 | 7977413-7 | 02/05/21 | 8,020.00 | 9310883008 |
| 08/24/20 | 5,000.00 | 7977413-7 | 02/08/21 | 9,080.00 | 9310883008 |
| TOTAL | $21,222.00 | | TOTAL | $28,100.00 | |
| | | | | | |
| | | | 08/03/21 | 1,000.00 | 7977413-7 |
| | | | 08/12/21 | 1,000.00 | 7977413-7 |
| | | | 09/14/21 | 1,100.00 | 7977413-7 |
| | | | 06/08/21 | 1,250.00 | 7977413-7 |
| | | | TOTAL | $4,350.00 | |
| | | | | | |
| Grand Total | $74,613.00 | *For year 2020* | Grand Total | $118,904.91 | *For year 2021* |

Prepared by:
Charles Pittman, FI
Drug Enforcement Administration     Schedule of cash deposits-2020-2021-LITTON and HOSKINS.xlsx

SCHEDULE OF CASH DEPOSITS TO BANK ACCOUNTS
Brian LITTON and Karen HOSKINS
Totals Per Account
For the Years 2020 and 2021

| Account Identification | | |
|---|---|---|
| Account Number | Signatory | Bank Name |
| 412907501 | Brian LITTON | Eagle Bank and Trust |
| 93108834 | Brian LITTON / Karen HOSKINS | AR Federal Credit Union |
| 286757490 | James Hoskins / Karen HOSKINS | Regions Bank |
| 9310883008 | Brian LITTON / Karen HOSKINS | AR Federal Credit Union |
| 7977413-7 | Karen LITTON / (Anderson) | AR Federal Credit Union |
| 7977413008 | Karen HOSKINS | AR Federal Credit Union |
| 8031113798 | Karen HOSKINS / James HOSKINS | Regions Bank |
| 8005428726 | James Hoskins / Karen HOSKINS | Regions Bank |

Prepared by:
Charles Pittman, FI
Drug Enforcement Administration

Schedule of cash deposits-2020-2021-LITTON and HOSKINS.xlsx

Page 2 of 2
4/16/2024