POSSIBLE LEGITIMATE SOURCES OF CASH DEPOSITS TO ACCOUNTS
Brian LITTON and Karen HOSKINS
For Year 2020

*(Schedule only includes deposits of $800 or higher)*

| No. | Cash Deposits | | | Casinos | | FIS Management | | Transfers to Accounts or Redeposits | | Social Security Benefits | | Bank Loans | | Gifts / Inheritances | | Insurance Proceeds | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Amount | Account No. | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| 26 | 11/18/20 | 3,000.00 | 31113798 | | | | | | | | | | | | | | |
| 27 | 11/27/20 | 2,570.00 | 93108834 | | | | | | | | | | | | | | |
| 28 | 12/01/20 | 3,000.00 | 797413008 | | | | | | | | | | | | | | |
| 29 | 12/17/20 | 1,887.00 | 93108834 | | | | | | | | | | | | | | |
| 30 | 12/21/20 | 2,100.00 | 93108834 | | | | | | | | | | | | | | |
| 31 | 12/29/20 | 2,795.00 | 93108834 | 12/27/20 | $1,225.00 | | | | | | | | | | | | |
| 32 | TOTAL | $74,613.00 | | | $3,700.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| 33 | Grand TOTAL | | | | | | | | | | | | | | | | $3,700.00 |

# POSSIBLE LEGITIMATE SOURCES OF CASH DEPOSITS TO ACCOUNTS
## Brian LITTON and Karen HOSKINS
## For Year 2021

(Schedule only includes deposits of $800 or higher)

| No. | Date | Cash Deposits Amount | Account No. | Casinos Date | Casinos Amount | FIS Management Date | FIS Management Amount | Transfers to Accounts or Redeposits Date | Transfers to Accounts or Redeposits Amount | Social Security Benefits Date | Social Security Benefits Amount | Bank Loans Date | Bank Loans Amount | Gifts / Inheritances Date | Gifts / Inheritances Amount | Insurance Proceeds Date | Insurance Proceeds Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01/04/21 | $2,900.00 | 8031113798 | | | | | | | | | | | | | | |
| 2 | 01/07/21 | $2,568.00 | 93108834 | | | | | | | | | | | | | | |
| 3 | 01/11/21 | $3,000.00 | 93108834 | | | There were no salary payments from this entity made to HOSKINS during the year 2021 as she was not employed with the agency for this year. | | | | There is no indication that any benefit payments from this entity possibly made to HOSKINS during the year 2021 was converted to cash and deposited into bank accounts showing her as a signatory. | | | An analysis of all bank records provided on all accounts held by both Brian LITTON and Karen HOSKINS, there were no indications that loan proceeds were received and converted to any of the cash deposits shown on left of this schedule. | | Based on records analysis, and a lack of indications otherwise, it was determined that none of the cash deposits made to bank accounts maintained by LITTON and HOSKINS came from known gifts or inheritances. | | Based on records analysis, and a lack of indications otherwise, it was determined that none of the cash deposits made to bank accounts maintained by LITTON and HOSKINS came from known receipts of insurance proceeds. | |
| 4 | 01/19/21 | $6,000.00 | 93108834 | | | | | | | | | | | | | | |
| 5 | 01/19/21 | $9,000.00 | 412907501 | | | | | | | | | | | | | | |
| 6 | 01/19/21 | $2,000.00 | 8031113798 | | | | | | | | | | | | | | |
| 7 | 01/30/21 | $2,000.00 | 93108834 | | | | | | | | | | | | | | |
| 8 | 02/04/21 | $8,575.00 | 93108834 | | | | | | | | | | | | | | |
| 9 | 02/04/21 | $8,736.00 | 412907501 | | | | | | | | | | | | | | |
| 10 | 02/05/21 | $8,020.00 | 9310883008 | | | | | | | | | | | | | | |
| 11 | 02/08/21 | $9,080.00 | 9310883008 | | | | | | | | | | | | | | |
| 12 | 02/12/21 | $8,827.00 | 412907501 | | | | | 02/06/21 | $8,575.00 | | | | | | | | |
| 13 | 02/23/21 | 3,000.00 | 8031113798 | | | | | | | | | | | | | | |
| 14 | 03/07/21 | 1,000.00 | 8031113798 | | | | | | | | | | | | | | |
| 15 | 03/16/21 | $5,000.00 | 8031113798 | | | | | 03/16/21 | $5,000.00 | | | | | | | | |
| 16 | 03/17/21 | $2,000.00 | 8031113798 | | | | | | | | | | | | | | |
| 17 | 03/29/21 | $1,200.00 | 8031113798 | | | HOSKINS and/or LITTON as signatories. | | | | | | | | | | | |
| 18 | 04/14/21 | $5,000.00 | 9310883008 | | | | | | | | | | | | | | |
| 19 | 04/05/21 | 2,500.00 | 8005428726 | | | | | | | | | | | | | | |
| 20 | 04/22/21 | 5,000.00 | 8005428726 | | | | | | | | | | | | | | |
| 21 | 05/03/21 | $1,000.00 | 8031113798 | | | | | | | | | | | | | | |
| 22 | 05/11/21 | $2,000.00 | 8031113798 | | | | | | | | | | | | | | |
| 23 | 05/24/21 | $2,000.00 | 8031113798 | | | | | | | | | | | | | | |
| 24 | 06/01/21 | $1,600.00 | 8031113798 | | | | | | | | | | | | | | |
| 25 | 06/08/21 | $1,250.00 | 7977413-7 | | | | | | | | | | | | | | |
| 26 | 06/10/21 | 2,200.00 | 8031113798 | | | | | | | | | | | | | | |
| 27 | 06/17/21 | 3,000.00 | 8031113798 | | | | | | | | | | | | | | |
| 28 | 06/28/21 | 2,000.00 | 8031113798 | | | | | | | | | | | | | | |

Prepared by:
Charles Pittman, FI
Drug Enforcement Administration

Possible Legitimate Sources of Funds to Accounts-HOSKINS-LITTON-2020-2021.xlsx

# POSSIBLE LEGITIMATE SOURCES OF CASH DEPOSITS TO ACCOUNTS
## Brian LITTON and Karen HOSKINS
### For Year 2021

*(Schedule only includes deposits of $800 or higher)*

| No. | Date | Cash Deposits Amount | Account No. | Casinos Date | Casinos Amount | FIS Management Date | FIS Management Amount | Transfers to Accounts or Redeposits Date | Transfers to Accounts or Redeposits Amount | Social Security Benefits Date | Social Security Benefits Amount | Bank Loans Date | Bank Loans Amount | Gifts / Inheritances Date | Gifts / Inheritances Amount | Insurance Proceeds Date | Insurance Proceeds Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | 07/22/21 | 2,548.91 | 8031113798 | | | | | | | | | | | | | | |
| 30 | 07/27/21 | $800.00 | 8031113798 | | | | | 07/26/21 | $803.00 | | | | | | | | |
| 31 | 08/03/21 | 1,000.00 | 7977413-7 | | | | | | | | | | | | | | |
| 32 | 08/05/21 | 1,000.00 | 8031113798 | | | | | | | | | | | | | | |
| 33 | 08/12/21 | 1,000.00 | 7977413-7 | | | | | | | | | | | | | | |
| 34 | 08/12/21 | 1,000.00 | 8031113798 | | | | | | | | | | | | | | |
| 35 | 09/14/21 | $1,100.00 | 7977413-7 | | | | | | | | | | | | | | |
| 36 | TOTAL | $118,904.91 | | | $0.00 | | $0.00 | | $14,378.00 | | $0.00 | | $0.00 | | $0.00 | | $0.00 |
| 37 | Grand TOTAL | | | | | | | | | | | | | | | | $14,378.00 |

Prepared by:
Charles Pittman, FI
Drug Enforcement Administration

Possible Legitimate Sources of Funds to Accounts-HOSKINS-LITTON-2020-2021.xlsx

Page 2 of 2
4/16/2024