Schedule of Amounts Withdrawn from
AFCU and Regions Bank Accounts for Casino Use
Karen HOSKINS
For Years 2020-2021
Computed by Year

| Date | Amount | Account Number | Description of Withdrawal | Name of Receiving Casino | Notations |
|---|---|---|---|---|---|
| 09/09/20 | 1,000.00 | 7977413-7 | Ext. Harrah's Gulf Co.-Echk | Harrah's Gulf Coast | Ext. Harrah's Gulf Coast, Biloxi, MS |
| 09/09/20 | 1,000.00 | 7977413-7 | Ext. Harrah's Gulf Co.-Echk | Harrah's Gulf Coast | Ext. Harrah's Gulf Coast, Biloxi, MS |
| 09/09/20 | 1,000.00 | 7977413-7 | Ext. Harrah's Gulf Co.-Echk | Harrah's Gulf Coast | Ext. Harrah's Gulf Coast, Biloxi, MS |
| 08/21/20 | 1,000.00 | 7977413-7 | Ext.WD-Horseshoe Bossier | Horseshoe-Bossier City | Echeck-Horseshoe, Bossier City, LA |
| 09/09/20 | 1,000.00 | 7977413-7 | Ext.WD-Horseshoe Bossier | Horseshoe-Bossier City | Echeck-Horseshoe, Bossier City, LA |
| 09/09/20 | 1,000.00 | 7977413-7 | Ext.WD-Horseshoe Bossier | Horseshoe-Bossier City | Echeck-Horseshoe, Bossier City, LA |
| 09/15/20 | 1,000.00 | 7977413-7 | Ext.WD-Horseshoe Bossier | Horseshoe-Bossier City | Echeck-Horseshoe, Bossier City, LA |
| 09/15/20 | 1,000.00 | 7977413-7 | Ext.WD-Horseshoe Bossier | Horseshoe-Bossier City | Echeck-Horseshoe, Bossier City, LA |
| 10/20/20 | 1,000.00 | 7977413-7 | Ext.WD-Horseshoe Bossier | Horseshoe-Bossier City | Echeck-Horseshoe, Bossier City, LA |
| 10/20/20 | 1,000.00 | 7977413-7 | Ext.WD-Horseshoe Bossier | Horseshoe-Bossier City | Echeck-Horseshoe, Bossier City, LA |
| 11/06/20 | 1,000.00 | 7977413-7 | Ext.WD-Horseshoe Bossier | Horseshoe-Bossier City | Echeck-Horseshoe, Bossier City, LA |
| 11/06/20 | 1,000.00 | 7977413-7 | Ext.WD-Horseshoe Bossier | Horseshoe-Bossier City | Echeck-Horseshoe, Bossier City, LA |
| 11/06/20 | 1,000.00 | 7977413-7 | Ext.WD-Horseshoe Bossier | Horseshoe-Bossier City | Echeck-Horseshoe, Bossier City, LA |
| 12/08/20 | 1,000.00 | 7977413-7 | Ext.WD-Horseshoe Bossier | Horseshoe-Bossier City | Echeck-Horseshoe, Bossier City, LA |
| 12/29/20 | 1,000.00 | 7977413-7 | Ext.WD-Horseshoe Bossier | Horseshoe-Bossier City | Echeck-Horseshoe, Bossier City, LA |
| 01/02/20 | 1,000.00 | 7977413-7 | Ext.WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 01/02/20 | 1,000.00 | 7977413-7 | Ext.WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 01/07/20 | 1,000.00 | 7977413-7 | Ext.WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 01/07/20 | 1,000.00 | 7977413-7 | Ext.WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 01/07/20 | 1,000.00 | 7977413-7 | Ext.WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 01/21/20 | 1,000.00 | 7977413-7 | Ext.WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 01/21/20 | 1,000.00 | 7977413-7 | Ext.WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 01/22/20 | 1,000.00 | 7977413-7 | Ext.WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 01/22/20 | 1,000.00 | 7977413-7 | Ext.WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 01/22/20 | 1,000.00 | 7977413-7 | Ext.WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 02/19/20 | 1,000.00 | 7977413-7 | Ext.WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 02/19/20 | 1,000.00 | 7977413-7 | Ext.WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 07/21/20 | 1,000.00 | 7977413-7 | Ext.WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |

Prepared by:
Charles Pittman, FI
Drug Enforcement Administration

Schedule of Amounts Withdrawn from Accounts for Casino Use-FINAL.xlsx

Page 1 of 6
4/17/2024

Schedule of Amounts Withdrawn from
AFCU and Regions Bank Accounts for Casino Use
Karen HOSKINS
For Years 2020-2021
*Computed by Year*

| Date | Amount | Account | Description | Casino |
|---|---|---|---|---|
| 08/11/20 | 1,000.00 | 7977413-7 | Ext. WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 09/01/20 | 1,000.00 | 7977413-7 | Ext. WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 09/21/20 | 1,000.00 | 7977413-7 | Ext. WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 09/21/20 | 1,000.00 | 7977413-7 | Ext. WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 10/05/20 | 1,000.00 | 7977413-7 | Ext. WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 10/06/20 | 1,000.00 | 7977413-7 | Ext. WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 10/06/20 | 1,000.00 | 7977413-7 | Ext. WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 10/06/20 | 1,000.00 | 7977413-7 | Ext. WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 10/27/20 | 1,000.00 | 7977413-7 | Ext.WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 10/27/20 | 1,000.00 | 7977413-7 | Ext.WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 11/03/20 | 1,000.00 | 7977413-7 | Ext.WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 11/03/20 | 1,000.00 | 7977413-7 | Ext.WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 11/03/20 | 1,000.00 | 7977413-7 | Ext.WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 11/03/20 | 1,000.00 | 7977413-7 | Ext.WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 11/10/20 | 1,000.00 | 7977413-7 | Ext.WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 11/10/20 | 1,000.00 | 7977413-7 | Ext.WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 11/10/20 | 1,000.00 | 7977413-7 | Ext. WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 09/09/20 | 1,000.00 | 803111379B | Horseshoe Bossier | Horseshoe Bossier | Echeck-Karen Hoskins |
| 11/05/20 | 1,000.00 | 803111379B | Horseshoe Bossier | Horseshoe Bossier | Echeck-Karen Hoskins |
| 11/05/20 | 1,000.00 | 803111379B | Horseshoe Bossier | Horseshoe Bossier | Echeck-Karen Hoskins |
| 11/06/20 | 1,000.00 | 803111379B | Horseshoe Bossier | Horseshoe Bossier | Echeck-Karen Hoskins |
| 11/06/20 | 1,000.00 | 803111379B | Horseshoe Bossier | Horseshoe Bossier | Echeck-Karen Hoskins |
| 12/07/20 | 1,000.00 | 803111379B | Horseshoe Bossier | Horseshoe Bossier | Echeck-Karen Hoskins |
| 12/07/20 | 1,000.00 | 803111379B | Horseshoe Bossier | Horseshoe Bossier | Echeck-Karen Hoskins |
| 12/07/20 | 1,000.00 | 803111379B | Horseshoe Bossier | Horseshoe Bossier | Echeck-Karen Hoskins |
| 12/08/20 | 1,000.00 | 803111379B | Horseshoe Bossier | Horseshoe Bossier | Echeck-Karen Hoskins |
| 12/08/20 | 1,000.00 | 803111379B | Horseshoe Bossier | Horseshoe Bossier | Echeck-Karen Hoskins |
| 12/08/20 | 1,000.00 | 803111379B | Horseshoe Bossier | Horseshoe Bossier | Echeck-Karen Hoskins |

Prepared by:
Charles Pittman, FI
Drug Enforcement Administration

Schedule of Amounts Withdrawn from
AFCU and Regions Bank Accounts for Casino Use
Karen HOSKINS
For Years 2020-2021
*Computed by Year*

| Date | Amount | Account | Casino | | Memo |
|---|---|---|---|---|---|
| 12/08/20 | 1,000.00 | 803111 3798 | Horseshoe Bossier | Horseshoe Bossier | Echeck-Karen Hoskins |
| 03/04/20 | 999.38 | 803111 3798 | Harrah's Laughlin | Harrah's Laughlin | Echeck-Karen Hoskins |
| 01/02/20 | 1,000.00 | 803111 3798 | Horseshoe Tunica | Horseshoe Tunica | Echeck-Karen Hoskins |
| 02/19/20 | 1,000.00 | 803111 3798 | Horseshoe Tunica | Horseshoe Tunica | Echeck-Karen Hoskins |
| 09/01/20 | 1,000.00 | 803111 3798 | Horseshoe Tunica | Horseshoe Tunica | Echeck-Karen Hoskins |
| 09/21/20 | 1,000.00 | 803111 3798 | Horseshoe Tunica | Horseshoe Tunica | Echeck-Karen Hoskins |
| 10/05/20 | 1,000.00 | 803111 3798 | Horseshoe Tunica | Horseshoe Tunica | Echeck-Karen Hoskins |
| 10/05/20 | 1,000.00 | 803111 3798 | Horseshoe Tunica | Horseshoe Tunica | Echeck-Karen Hoskins |
| 11/03/20 | 1,000.00 | 803111 3798 | Horseshoe Tunica | Horseshoe Tunica | Echeck-Karen Hoskins |
| 11/10/20 | 1,000.00 | 803111 3798 | Horseshoe Tunica | Horseshoe Tunica | Echeck-Karen Hoskins |
| 11/24/20 | 1,000.00 | 803111 3798 | Horseshoe Tunica | Horseshoe Tunica | Echeck-Karen Hoskins |
| 11/24/20 | 1,000.00 | 803111 3798 | Horseshoe Tunica | Horseshoe Tunica | Echeck-Karen Hoskins |
| 12/01/20 | 1,000.00 | 803111 3798 | Horseshoe Tunica | Horseshoe Tunica | Echeck-Karen Hoskins |
| 12/01/20 | 1,000.00 | 803111 3798 | Horseshoe Tunica | Horseshoe Tunica | Echeck-Karen Hoskins |
| 12/29/20 | 1,000.00 | 803111 3798 | Horseshoe Tunica | Horseshoe Tunica | Echeck-Karen Hoskins |
| 12/29/20 | 1,000.00 | 803111 3798 | Horseshoe Tunica | Horseshoe Tunica | Echeck-Karen Hoskins |
| 12/29/20 | 1,000.00 | 803111 3798 | Horseshoe Tunica | Horseshoe Tunica | Echeck-Karen Hoskins |
| 12/29/20 | 1,000.00 | 803111 3798 | Horseshoe Tunica | Horseshoe Tunica | Echeck-Karen Hoskins |
| 12/29/20 | 1,000.00 | 803111 3798 | Horseshoe Tunica | Horseshoe Tunica | Echeck-Karen Hoskins |
| 12/29/20 | 1,000.00 | 803111 3798 | Harrah's Gulf CO | Harrah's Gulf CO | Echeck-Karen Hoskins |
| 09/09/20 | 1,000.00 | 803111 3798 | Harrah's Gulf CO | Harrah's Gulf CO | Echeck-Karen Hoskins |
| 09/09/20 | 1,000.00 | 803111 3798 | Harrah's Gulf CO | Harrah's Gulf CO | Echeck-Karen Hoskins |
| **TOTAL** | **$78,999.38** | | | | |
| 01/06/21 | 1,000.00 | 7977413-7 | Ext.WD-Horseshoe Bossier | Horseshoe-Bossier City | Echeck-Horseshoe, Bossier City, LA |
| 01/29/21 | 1,000.00 | 7977413-7 | Ext.WD-Horseshoe Bossier | Horseshoe-Bossier City | Echeck-Horseshoe, Bossier City, LA |

Prepared by:
Charles Pittman, FI
Drug Enforcement Administration

Schedule of Amounts Withdrawn from Accounts for Casino Use-FINAL.xlsx

Schedule of Amounts Withdrawn from
AFCU and Regions Bank Accounts for Casino Use
Karen HOSKINS
For Years 2020-2021
*Computed by Year*

| Date | Amount | Account | Description | Casino | Location |
|---|---|---|---|---|---|
| 01/29/21 | 1,000.00 | 7977413-7 | Ext. WD-Horseshoe Bossier | Horseshoe-Bossier City | Echeck-Horseshoe, Bossier City, LA |
| 01/29/21 | 1,000.00 | 7977413-7 | Ext. WD-Horseshoe Bossier | Horseshoe-Bossier City | Echeck-Horseshoe, Bossier City, LA |
| 02/04/21 | 1,000.00 | 7977413-7 | Ext. WD-Horseshoe Bossier | Horseshoe-Bossier City | Echeck-Horseshoe, Bossier City, LA |
| 04/27/21 | 1,000.00 | 7977413-7 | Ext. WD-Horseshoe Bossier | Horseshoe-Bossier City | Echeck-Horseshoe, Bossier City, LA |
| 05/11/21 | 1,000.00 | 7977413-7 | Ext. WD-Horseshoe Bossier | Horseshoe-Bossier City | Echeck-Horseshoe, Bossier City, LA |
| 06/25/21 | 1,000.00 | 7977413-7 | Ext. WD-Horseshoe Bossier | Horseshoe-Bossier City | Echeck-Horseshoe, Bossier City, LA |
| 07/30/21 | 2,000.00 | 7977413-7 | Ext. WD-Horseshoe Bossier | Horseshoe-Bossier City | Echeck-Horseshoe, Bossier City, LA |
| 01/06/21 | 1,000.00 | 7977413-7 | Ext. WD-Horseshoe Bossier | Horseshoe-Bossier City | Echeck-Horseshoe, Bossier City, LA |
| 01/29/21 | 1,000.00 | 7977413-7 | Ext. WD-Horseshoe Bossier | Horseshoe-Bossier City | Echeck-Horseshoe, Bossier City, LA |
| 01/29/21 | 1,000.00 | 7977413-7 | Ext. WD-Horseshoe Bossier | Horseshoe-Bossier City | Echeck-Horseshoe, Bossier City, LA |
| 02/04/21 | 1,000.00 | 7977413-7 | Ext. WD-Horseshoe Bossier | Horseshoe-Bossier City | Echeck-Horseshoe, Bossier City, LA |
| 04/27/21 | 1,000.00 | 7977413-7 | Ext. WD-Horseshoe Bossier | Horseshoe-Bossier City | Echeck-Horseshoe, Bossier City, LA |
| 05/11/21 | 1,000.00 | 7977413-7 | Ext. WD-Horseshoe Bossier | Horseshoe-Bossier City | Echeck-Horseshoe, Bossier City, LA |
| 06/25/21 | 1,000.00 | 7977413-7 | Ext. WD-Horseshoe Bossier | Horseshoe-Bossier City | Echeck-Horseshoe, Bossier City, LA |
| 07/30/21 | 2,000.00 | 7977413-7 | Ext. WD-Horseshoe Bossier | Horseshoe-Bossier City | Echeck-Horseshoe, Bossier City, LA |
| 01/26/21 | 1,000.00 | 7977413-7 | Ext. WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 02/09/21 | 1,000.00 | 7977413-7 | Ext. WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 03/23/21 | 1,000.00 | 7977413-7 | Ext. WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 04/06/21 | 1,000.00 | 7977413-7 | Ext. WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 04/06/21 | 1,000.00 | 7977413-7 | Ext. WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 06/02/21 | 1,000.00 | 7977413-7 | Ext. WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 06/02/21 | 1,000.00 | 7977413-7 | Ext. WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 07/13/21 | 1,000.00 | 7977413-7 | Ext. WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 07/13/21 | 1,000.00 | 7977413-7 | Ext. WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 07/13/21 | 1,000.00 | 7977413-7 | Ext. WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 09/27/21 | 1,000.00 | 7977413-7 | Ext. WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |

Prepared by:
Charles Pittman, FI
Drug Enforcement Administration

Schedule of Amounts Withdrawn from Accounts for Casino Use-FINAL.xlsx

Page 4 of 6
4/17/2024

Schedule of Amounts Withdrawn from
AFCU and Regions Bank Accounts for Casino Use
Karen HOSKINS
For Years 2020-2021
*Computed by Year*

| Date | Amount | Account | Description | Casino | Location |
|---|---|---|---|---|---|
| 03/23/21 | 2,000.00 | 7977413-7 | Ext. WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 06/02/21 | 2,000.00 | 7977413-7 | Ext. WD-Horseshoe Tunica | Horseshoe Tunica | Echeck-Tunica, Robinsonville, MS |
| 08/24/21 | 1,025.00 | 7977413-7 | Ext. WD-Caesars Palace | Caesar's Palace | Caesars Palace-Las Vegas Blvd., NV |
| 03/16/21 | 2,000.00 | 7977413-7 | Ext. Harrah's Gulf Co.-Echk | Harrah's Gulf Coast | Ext. Harrah's Gulf Coast, Biloxi, MS |
| 03/16/21 | 2,000.00 | 7977413-7 | Ext. Harrah's Gulf Co.-Echk | Harrah's Gulf Coast | Ext. Harrah's Gulf Coast, Biloxi, MS |
| 01/06/21 | 1,000.00 | 803111379 | Ext. Harrah's Gulf Co.-Echk | Harrah's Gulf Coast | Ext. Harrah's Gulf Coast, Biloxi, MS |
| 01/06/21 | 1,000.00 | 803111379 | Horseshoe Bossier | Horseshoe Bossier | Echeck-Karen Hoskins |
| 02/04/21 | 1,000.00 | 803111379 | Horseshoe Bossier | Horseshoe Bossier | Echeck-Karen Hoskins |
| 04/27/21 | 1,000.00 | 803111379 | Horseshoe Bossier | Horseshoe Bossier | Echeck-Karen Hoskins |
| 03/16/21 | 1,000.00 | 803111379 | Ext. Harrah's Gulf Co.-Echk | Harrah's Gulf Coast | Ext. Harrah's Gulf Coast, Biloxi, MS |
| 04/27/21 | 1,000.00 | 803111379 | Horseshoe Bossier | Horseshoe Bossier | Echeck-Karen Hoskins |
| 05/11/21 | 1,000.00 | 803111379 | Horseshoe Bossier | Horseshoe Bossier | Echeck-Karen Hoskins |
| 06/25/21 | 1,000.00 | 803111379 | Horseshoe Bossier | Horseshoe Bossier | Echeck-Karen Hoskins |
| 06/25/21 | 1,000.00 | 803111379 | Horseshoe Bossier | Horseshoe Bossier | Echeck-Karen Hoskins |
| 06/25/21 | 2,000.00 | 803111379 | Horseshoe Bossier | Horseshoe Bossier | Echeck-Karen Hoskins |
| 01/20/21 | 1,000.00 | 803111379 | Horseshoe Tunica | Horseshoe Tunica | Echeck-Karen Hoskins |
| 01/26/21 | 1,000.00 | 803111379 | Horseshoe Tunica | Horseshoe Tunica | Echeck-Karen Hoskins |
| 01/26/21 | 1,000.00 | 803111379 | Horseshoe Tunica | Horseshoe Tunica | Echeck-Karen Hoskins |
| 01/26/21 | 1,000.00 | 803111379 | Horseshoe Tunica | Horseshoe Tunica | Echeck-Karen Hoskins |
| 01/26/21 | 1,000.00 | 803111379 | Horseshoe Tunica | Horseshoe Tunica | Echeck-Karen Hoskins |
| 02/09/21 | 1,000.00 | 803111379 | Horseshoe Tunica | Horseshoe Tunica | Echeck-Karen Hoskins |
| 02/09/21 | 1,000.00 | 803111379 | Horseshoe Tunica | Horseshoe Tunica | Echeck-Karen Hoskins |
| 04/06/21 | 1,000.00 | 803111379 | Horseshoe Tunica | Horseshoe Tunica | Echeck-Karen Hoskins |
| 04/06/21 | 1,000.00 | 803111379 | Horseshoe Tunica | Horseshoe Tunica | Echeck-Karen Hoskins |
| 05/24/21 | 1,000.00 | 803111379 | Horseshoe Tunica | Horseshoe Tunica | Echeck-Karen Hoskins |
| 06/02/21 | 1,000.00 | 803111379 | Horseshoe Tunica | Horseshoe Tunica | Echeck-Karen Hoskins |
| 06/02/21 | 1,000.00 | 803111379 | Horseshoe Tunica | Horseshoe Tunica | Echeck-Karen Hoskins |
| 06/02/21 | 1,000.00 | 803111379 | Horseshoe Tunica | Horseshoe Tunica | Echeck-Karen Hoskins |

Prepared by:
Charles Pittman, FI
Drug Enforcement Administration

Schedule of Amounts Withdrawn from Accounts for Casino Use-FINAL.xlsx

Page 5 of 6
4/17/2024

Schedule of Amounts Withdrawn from
AFCU and Regions Bank Accounts for Casino Use
Karen HOSKINS
For Years 2020-2021
*Computed by Year*

| Date | Amount | Account Number | Signatory | Bank Name | |
|---|---|---|---|---|---|
| 07/13/21 | 1,000.00 | 803113798 | | Horseshoe Tunica | Echeck-Karen Hoskins |
| 08/24/21 | 999.38 | 803113798 | | Caesars Palace | Echeck-Karen Hoskins |
| 09/27/21 | 1,000.00 | 803113798 | | Horseshoe Tunica | Echeck-Karen Hoskins |
| 09/27/21 | 1,000.00 | 803113798 | | Horseshoe Tunica | Echeck-Karen Hoskins |
| 03/23/21 | 2,000.00 | 803113798 | | Horseshoe Tunica | Echeck-Karen Hoskins |
| 03/23/21 | 2,000.00 | 803113798 | | Horseshoe Tunica | Echeck-Karen Hoskins |
| TOTAL | 73,024.38 | | | | |
| Grand Total | 152,023.76 | | | | |

**Account Identification**

| Account Number | Signatory | Bank Name |
|---|---|---|
| 7977413-7 | Karen LITTON / (Anderson) | AR Federal Credit Union |
| 8031113798 | Karen HOSKINS / James HOSKINS | Regions Bank |

Prepared by:
Charles Pittman, FI
Drug Enforcement Administration

Schedule of Amounts Withdrawn from Accounts for Casino Use-FINAL.xlsx

Page 6 of 6
4/17/2024