## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                 **Plaintiff**

**v.**                              **Case No.: 4:21–cr–00036–KGB**

**Karen Hoskins**                                                                            **Defendant**

---

## NOTICE OF HEARING

     PLEASE take notice that a Sentencing has been set in this case for July 1, 2024, at 10:00 AM before Chief Judge Kristine G. Baker in Little Rock Courtroom # 4D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

| | |
|---|---|
| **DATE:** June 21, 2024 | AT THE DIRECTION OF THE COURT<br>TAMMY H. DOWNS, CLERK |
| | **By:** Tracy M. Washington, Deputy Clerk |

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas