# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                   PLAINTIFF

v.                                          Case No. 4:21-cr-00036-10 KGB

KAREN HOSKINS                                                                              DEFENDANT

## AMENDMENT TO JUDGMENT AND COMMITMENT ORDER

Pending is defendant Karen Hoskins's informal request for the Court to recommend that she be incarcerated at the Aliceville Federal Correctional Institution.

Ms. Hoskins plead guilty to one charge of money laundering in violation of 18 U.S.C. § 1957 (Dkt. No. 332). On July 1, 2024, this Court sentenced Ms. Hoskins (Dkt. No. 398).

At the sentencing hearing, Ms. Hoskins requested that the Court recommend that she be incarcerated at the Tallahassee Federal Correctional Institution. She now requests to be incarcerated at the Aliceville Federal Correctional Institution. Counsel for the government has communicated to the Court that she does not object to this request; therefore, the Court recommends that Ms. Hoskins be incarcerated at the Aliceville Federal Correctional Institution.

All other terms and conditions contained in the original Judgment and Commitment Order remain in full force and effect (Dkt. No. 398).

The Clerk is directed to provide a copy of this Order to counsel, the United States Probation Office, and the United States Marshals Office.

It is so ordered this 8th day of July, 2024.

_Kristine G. Baker_
Kristine G. Baker
Chief United States District Court