**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **Case No. 4:21-cr-00036-10 KGB**

**KAREN HOSKINS** **DEFENDANT**

# ORDER

Pending is defendant Karen Hoskins's motion for early termination of supervised release (Dkt. No. 422). The government filed a response stating that it does not oppose early termination of Hoskins's supervised release if this Court determines that doing so is appropriate (Dkt. No. 425).

On August 14, 2023, Hoskins pled guilty to one count of money laundering in violation of 18 U.S.C. § 1957 (Dkt. Nos. 331; 332). Hoskins was sentenced by this Court on July 1, 2024, to 15 months of imprisonment to be followed by two years of supervised release (Dkt. Nos. 395; 398).

Hoskins's supervision commenced on or about May 2, 2025 (Dkt. No. 422); therefore, she has served approximately 15 months of her two-year term of supervised release. The United States Probation Office reports to the Court that Hoskins is free from any Court-reported violations over a 12-month period, demonstrates the ability to self-manage lawfully beyond the period of her supervision, is in substantial compliance with all conditions of supervision, and engages in appropriate prosocial activities. The Probation Office supports early termination of Hoskins's term of supervised release.

Under 18 U.S.C. § 3583(e)(1), a district court "may, after considering [certain] factors. . . terminate a term of supervised release and discharge the defendant. . . if it is satisfied that such action is warranted by the conduct of the defendant released and is in the interest of justice. . . ."

For good cause shown, the Court finds that early termination of Hoskins's term of supervised release is warranted by Hoskins's conduct and is in the interest of justice. 18 U.S.C. § 3583(e)(1). Therefore, the Court grants Hoskins's motion for early termination of supervised release (Dkt. No. 422). The Court releases Hoskins from the remainder of her term of supervised release.

It is so ordered this 6th August, 2026.

Kristine G. Baker
Chief United States District Judge